808

No. 75–38. TOWNSHIP OF MOUNT LAUREL *v.* SOUTH-
ERN BURLINGTON COUNTY N. A. A. C. P. ET AL. Appeal
from Sup. Ct. N. J. Motion of appellees Clark et al.
for leave to proceed *in forma pauperis* granted. Appeal
dismissed for want of jurisdiction. Treating the papers
whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied. MR. JUSTICE MARSHALL
took no part in the consideration or decision of this
motion and appeal.

No. 75–5033. DAVIS *v.* MORRIS, SECRETARY, DEPART-
MENT OF SOCIAL AND HEALTH SERVICE OF WASHINGTON.
Appeal from Sup. Ct. Wash. dismissed for want of sub-
stantial federal question. MR. JUSTICE DOUGLAS and
MR. JUSTICE BRENNAN would note probable jurisdiction
and set case for oral argument.

No. 74–1390. TOWN OF LOCKPORT, NEW YORK, ET AL.
*v.* CITIZENS FOR COMMUNITY ACTION AT THE LOCAL
LEVEL, INC., ET AL. Appeal from D. C. W. D. N. Y.
Judgment vacated and case remanded for reconsideration
in light of the provisions of new charter adopted by
Niagara County in 1974.

No. 75–81. POWELL, JUDGE, ET AL. *v.* LONG. Appeal
from D. C. N. D. Ga. Motion of appellee for leave to
proceed *in forma pauperis* granted. Judgment vacated
and case remanded with directions to dismiss case as
moot. MR. JUSTICE DOUGLAS would affirm the judg-
ment below.